UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-cv-00101-D

BOB BARKER COMPANY, INC.,

    PLAINTIFF,

VS.

CINDY MORENO and EDUARDO MORENO d/b/a ADVANT TECH SOLUTION,

    DEFENDANTS.

<u>ENTRY OF DEFAULT</u>

THIS MATTER came to be considered and was considered by the undersigned upon plaintiff's motion for entry of default filed. Because defendants Cindy Moreno and Eduardo Moreno have failed to appear, plead, answer or otherwise defend against the Complaint, default is hereby entered against defendants Cindy Moreno and Eduardo Moreno as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 9th day of July, 2014.

_____
CLERK OF COURT