UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-cv-00101-D

BOB BARKER COMPANY, INC.,

    PLAINTIFF,

VS.

CINDY MORENO and EDUARDO MORENO d/b/a ADVANT TECH SOLUTION,

    DEFENDANTS.

DEFAULT JUDGMENT

THIS MATTER came to be considered and was considered by the undersigned upon the motion of plaintiff, Bob Barker Company, Inc., for a default judgment filed pursuant to FED. R. CIV. P. 55(b) and Local Civil Rule 7.1 EDNC. Because defendants have failed to appear, plead, answer or otherwise defend against the Complaint, because default has been entered against defendants and because plaintiff's claim is for a sum that can be made certain by computation, plaintiff's motion for default judgment is ALLOWED, and default judgment is hereby entered against defendants, jointly and severally, in the amount of Two Hundred Eighteen Thousand Four Hundred Fifty-Nine and 77/100 Dollars ($218,459.77) as provided by Rule 55(b) of the Federal Rules of Civil Procedure. The Clerk is DIRECTED to enter judgment accordingly and to close this case.

So ordered this 16 day of January, 2015.

JAMES C. DEVER III
Chief United States District Judge